UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAC LAMAAR MONTGOMERY,<br><br>    Plaintiff,<br><br>  v.<br><br>CDCR, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-00708-KES-EPG (PC)<br><br>FINDINGS AND RECOMMENDATIONS THAT THIS CASE PROCEED ONLY ON PLAINTIFF'S CLAIMS FOR FAILURE TO PROTECT AND CONDITIONS OF CONFINEMENT IN VIOLATION OF THE EIGHTH AMENDMENT AGAINST DEFENDANTS GONZLEZ AND DOES 1-10 AND TO DISMISS ALL CLAIMS BROUGHT AGAINST DEFENDANT CDCR<br><br>(ECF Nos. 1, 10, 12)<br><br>OBJECTIONS, IF ANY, DUE WITHIN 30 DAYS |

      Plaintiff Issac Lamaar Montgomery is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. (ECF Nos. 1, 7). In his complaint filed on June 11, 2025, Plaintiff alleges that his constitutional rights were violated when Defendants failed to provide protective equipment to clean up a deceased inmate's blood and bodily fluids. (ECF No. 1 at p. 8).

      On October 29, 2025, the Court screened the complaint, concluding that Plaintiff sufficiently stated claims for conditions of confinement and failure to protect against Defendants Gonzalez and Does 1-10. (ECF No. 10). The Court explained why the complaint otherwise failed to state any claims against the remaining Defendant, CDCR, and gave Plaintiff thirty days to either file (1) a notice to go forward on his cognizable claims, (2) an amended complaint; or (3) a notice to stand on his complaint and have it reviewed by a district judge.

1

On November 14, 2025, Plaintiff filed a notice stating that he wants to proceed only on the claims that the Court found cognizable. (ECF No. 12).

Accordingly, for the reasons set forth in the Court's screening order (ECF No. 12), and because Plaintiff has notified the Court that he wants to proceed on the claims that the Court found should proceed past screening (ECF No. 12), **IT IS RECOMMENDED** that all claims against Defendant CDCR be dismissed.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within thirty (30) days after being served with these findings and recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any objections shall be limited to no more than 15 pages, including exhibits. Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **November 21, 2025**            /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE