**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISSAC LAMAAR MONTGOMERY, | Case No. 1:25-cv-0708 KES EPG (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANT CDCR |
| v. | |
| CDCR, *et al.*, | (Doc. 12) |
| Defendants. | |

Issac Lamaar Montgomery asserts he suffered violations of his civil rights while housed at SATF- Corcoran and seeks to hold the defendants liable pursuant to 42 U.S.C. § 1983.  Doc. 1. The magistrate judge screened the complaint pursuant to 28 U.S.C. § 1915A(a) and found cognizable claims for failure to protect and conditions of confinement in violation of the Eighth Amendment against Defendants Gonzalez and unidentified correctional officers, addressed as "Does 1-10."  Doc. 10 at 5-6.  The magistrate judge found the CDCR was not a proper defendant and was subject to dismissal.  *Id.* at 6-7.  Montgomery responded to the screening order by indicating that he was willing to proceed only on his cognizable claims.  Doc. 11.

On November 24, 2025, the magistrate judge issued findings and recommendations that incorporated the screening order findings and recommended the dismissal of the CDCR as a defendant.  Doc. 12.  The court served these findings and recommendations on Montgomery informed him that any objections were due within 30 days.  *Id.* at 2.  The court also informed

1

Montgomery that failure to file objections by the ordered deadline "may result in the waiver of rights on appeal." *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).  He did not file any objections, and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this court conducted a de novo review of this case.  Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.  Thus, the court **ORDERS**:

1. The findings and recommendations issued on November 24, 2025 (Doc. 12), are **ADOPTED** in full.

2. This action shall proceed **only** on Plaintiff's claims for failure to protect and conditions of confinement in violation of the eighth amendment against defendants Gonzalez and Does 1-10.

3. All claims brought against Defendant CDCR are **DISMISSED**.

4. The Clerk of Court is directed to update the docket and terminate the CDCR as a defendant.

5. This action is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    February 11, 2026

_____
UNITED STATES DISTRICT JUDGE

2