UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC LAMAAR MONTGOMERY, | Case No. 1:25-cv-00708-KES-EPG (PC) |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO SERVE DEFENDANT AND FAILURE TO PROSECUTE |
| v. | |
| CDCR, et al., | |
| Defendant. | (ECF No. 18) |

Plaintiff Issac Lamaar Montgomery ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. (ECF Nos. 1, 7). In his complaint filed on June 11, 2025, Plaintiff alleges that his constitutional rights were violated when Defendants failed to provide protective equipment to clean up a deceased inmate's blood and bodily fluids. (ECF No. 1 at p. 8).

On March 17, 2026, the Court issued an order for Plaintiff to show cause why this action should not be dismissed without prejudice for failure to serve Defendant Gonzalez within the time period required under Federal Rule of Civil Procedure 4(m) and for failure to prosecute. (ECF No. 18).

On March 30, 2026, Plaintiff timely responded to this order, providing additional information to assist in possibly identifying Defendant Gonzalez. (ECF No. 20). In his response to the order, Plaintiff states "Defendant Gonzalez worked on Facility 'F' in building three (3) on

1

June 6, 2024, at Substance Abuse Treatment Facility State Prison. (ECF No. 20).

Given the additional information provided regarding Defendant Gonzalez, the Court will discharge its order to show cause and issue an order re-directing E-Service on Defendant Gonzalez.  However, it is ultimately Plaintiff's responsibility to identify and serve Defendant.

Accordingly, IT IS ORDERED as follows:

1. The Court's March 17, 2026 show cause order is discharged. (ECF No. 18).

IT IS SO ORDERED.

Dated:    **April 2, 2026**                    /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE