**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

ISAAC LAMAAR MONTGOMERY,

Plaintiff,

v.

CDCR, *et al.*

Defendants.

No. 1:25-cv-00708-KES EPG (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

Docs. 32, 33

Plaintiff Issac Lamaar Montgomery is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Doc. 7. Plaintiff filed his initial complaint on June 11, 2025. Doc. 1. Plaintiff filed a first amended complaint on August 10, 2026. Doc. 31. Plaintiff's complaint asserts, among other allegations, that his constitutional rights were violated when Defendants failed to provide protective equipment to clean up a deceased inmate's blood and bodily fluids. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 24, 2026, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff's claims for failure to protect and for conditions of confinement in violation of the Eighth Amendment proceed against Defendants Gonzalez and DOES 1-5, and that all other claims and defendants be dismissed. Doc. 32. The Court advised Plaintiff that any objections to these findings and recommendations were due within thirty (30) days of being

served and that a failure to file objections within the specific time may result in waiver of his rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014) (*citing Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991). *Id.* at 7. Plaintiff filed a motion to proceed against "Named Defendant and Doe Defendants 1-5; Dismissing all other Defendants," on September 8, 2026. Doc. 33.

In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis.

As such, The Court HEREBY ORDERS:

1. The findings and recommendations issued on August 24, 2026 (Doc. 32) are ADOPTED in full.
2. This case proceeds on Plaintiff's claims for failure to protect and for conditions of confinement in violation of the Eighth Amendment against Defendant Gonzalez and Defendants Does 1-5.
3. All other claims and defendants are dismissed without prejudice for failure to state a claim.

IT IS SO ORDERED.

Dated: September 13, 2026

UNITED STATES DISTRICT JUDGE